IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13CR0051-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| COURTNEY DEWAYNE PATTERSON ) | |
| _____ ) | |

Defendant moved to have the Court reduce his sentence because of an amendment to the U. S. Sentencing Commission Guidelines Section 3B1.2 (Amendment 794) effective November 1, 2015. He cites a 9th Circuit Court of Appeals decision which held the amendment was effective retroactively on direct appeal. This case is not on direct appeal. Moreover, 18 U. S. C. § 3582 provides that the Court "may not modify a term of imprisonment once it has been imposed," except under certain circumstances not alleged or applicable to this case.

Therefore, Defendant's Motion will be DENIED and DISMISSED as lacking in merit.

Signed: May 21, 2018

Richard L. Voorhees
United States District Judge